IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ESTEBAN AZAEL RODRIGUEZ-JAIMES, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-124-RP |
| PAM BONDI, *in her official capacity as Attorney General of the United States*, et al., | § § § § | |
| Respondents. | § § | |

## **ORDER**

Before the Court is Petitioner Esteban Azael Rodriguez-Jaimes's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner is currently detained at the South Texas Detention Facility in Pearsall, Texas, which is located in Frio County. (Pet., Dkt. 1, at 6).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "Under the transfer statute, a district court may transfer a case upon a motion or sua sponte. The district court has broad discretion in deciding whether to order a transfer." *Caldwell v. Palmetto State Sav. Bank of S.C.*, 811 F.2d 916, 919 (5th Cir. 1987) (citing 28 U.S.C. §§ 1404, 1406).

Petitions for habeas corpus are centered on concerns of confinement. Frio County, where Petitioner is detained, is located in the San Antonio Division of this District. Further, the two respondents in this case who are not based in Washington, D.C. are Bobby Thompson, the Warden of the South Texas Detention Facility in Pearsall, Texas, and Miguel Vergara, the Director of the San Antonio Field Office of ICE's Enforcement and Removal Operations division. (*Id.* at 8). Given that this case centers on Petitioner's detention in the San Antonio Division of this District, by individuals

1

located either in that Division or in Washington, D.C., and considering the lack of significant connection to the Austin Division, **IT IS ORDERED** that this action is **TRANSFERRED** to the San Antonio Division of the Western District of Texas.

**SIGNED** on January 21, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE